# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

156341(70)

SEJASMI INDUSTRIES, INC.,
        Plaintiff/Counterdefendant-
        Appellee,

v

A+ MOLD, INC., d/b/a TAKUMI
MANUFACTURING COMPANY,
        Defendant/Cross-Defendant,
and

QUALITY CAVITY, INC.,
        Defendant/Counterplaintiff/Cross-
        Plaintiff/Third-Party Plaintiff-
        Appellant,
and

NKL MANUFACTURING, INC.,
        Third-Party Defendant.

SC: 156341
COA: 336205
Macomb CC: 2014-004273-CB

_____/

On order of the Court, the motion for reconsideration of this Court's December 21, 2018 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).

VIVIANO, J., did not participate due to a familial relationship with the presiding circuit court judge in this case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2019



Clerk

t0313